UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALMA & ASSOCIATES, LLC,  Plaintiff,  vs.  JP MORGAN CHASE BANK (N.A.),  Defendant. | 2:23-CV-11687-TGB  **ORDER DISMISSING CASE**  HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

DATED this 23rd day of August, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge